USDC SCAN INDEX SHEET










```
JOEH    3/15/04    9:55
3:03-CV-00137   ORGANIZATION FOR V. HANDLERY HOTEL
*21*
*STIPO.*
```

Jeffrey S. Behar, Esq., Bar No. 81565
Tina I. Mangarpan, Esq., Bar No. 117898
FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center
Twenty-Seventh Floor
Long Beach, California 90831-2700
(562) 983-2500; (562) 983-2555 Fax

Attorneys for Defendant, **HANDLERY HOTELS, INC. dba HANDLERY HOTEL AND RESORT** (Erroneously sued as Handlery Hotel and Resort, a.k.a. Handlery Hotel and Country Club; Handlery Hotels, Inc.; Handlery Holding Co. Inc.)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORGANIZATION FOR ACCESSIBLE RIGHTS IN THE NEW MILLENNIUM SUING ON BEHALF OF WALTER LEE DEGROOTE AND ITS MEMBERS; and WALTER LEE GROOTE, An Individual,<br><br>Plaintiffs,<br><br>Vs.<br><br>HANDLERY HOTEL AND RESORT a.k.a. HANDLERY HOTEL AND COUNTRY CLUB; HANDLERY HOTELS, INC.; HANDLERY HOLDING CO. INC.;<br><br>And<br><br>DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No. '03 CV 00137 WQH (AJB)<br><br>**STIPULATION AND [_____. ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

ENTERED ON 3/15/04

IT IS SO STIPULATED.

DATED: 3/10/04

BY: _____
Theodore A. Pinnock
Attorneys for Plaintiffs,
ORGANIZATION FOR ACCESSIBLE RIGHTS
IN THE NEW MILLENNIUM SUING ON
BEHALF OF WALTER LEE DEGROOTE
AND ITS MEMBERS; and WALTER LEE
GROOTE, An Individual

PINNOCK & WAKEFIELD

DATED: 3/8/04

FORD, WALKER, HAGGERTY & BEHAR

BY: _____
Tina I. Mangarpan
Attorneys for Defendant,
HANDLERY HOTELS, INC. dba HANDLERY
HOTEL AND RESORT (Erroneously sued
as Handlery Hotel and Resort,
a.k.a. Handlery Hotel and Country
Club; Handlery Hotels, Inc.;
Handlery Holding Co. Inc.)

IT IS SO ORDERED.

DATED: 3/12/04

_____
UNITED STATES DISTRICT COURT JUDGE

012\03\026\pleadings\Stipulation re Dismissal

2

STIPULATION AND ORDER OF DISMISSAL        03 CV 00137 WQH (AJB)